Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368
USA

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2013 MAY 13 P 3: 03

JON A. SANFILIPPO
CLERK

13-C-0534

District of Wisconsin

Case Number Pending
Motion to File Electronically

Crystal L. Cox, Plaintiff
1-5 John and Jane Doe Plaintiffs

v.

Defendant(s)

### Motion / Proposed Order to Allow Plaintiff Crystal L. Cox to submit documents, court filings, responses electronically in this court.

I, Plaintiff Crystal Cox, in my Pro Se Capacity, request this court's permission to submit filings electronically in this case.

Plaintiff Crystal Cox alleges it to be the most cost effective way for this court to allow Pro Se Plaintiff Crystal L. Cox to submit all legal filings, documents and motions electronically.

I, Crystal L. Cox in my Pro Se Capacity will accept all motions, filings, summons electronically via email. Defendant Crystal Cox moves this court to grant permission allow Defendant Cox to file documents in this case electronically.

1



## Certificate of Service:

I hereby certify that I served the foregoing on May 9th, 2013

Mailed to:

**Eastern District of Wisconsin**
**362 United States Courthouse**
**517 East Wisconsin Avenue**
**Milwaukee, WI 53202**

Submitted Respectfully by

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

Crystal@CrystalCox.com