Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368
USA



U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2013 MAY 13 P 3:04    13-C-0534
JON A. SANFILIPPO
CLERK

District of Wisconsin

Case Number Pending
Electronic Filing Certification

Crystal L. Cox, Plaintiff
1-5 John and Jane Doe Plaintiffs

v.

Defendant(s)

I, Pro Se, Plaintiff Crystal L. Cox, Certify that I have completed the CM / ECF Tutorial and am familiar with the Electronic Filing Procedures, Best Practices, and with the Civil and Criminal Events Menu and am able to file electronically.

I, Pro Se, Plaintiff Crystal L. Cox, Certify that I am familiar with the CM / ECF system and capable of filing electronically.

1



## Certificate of Service:

I hereby certify that I served the foregoing on May 9th, 2013

Mailed to:

**Eastern District of Wisconsin**
**362 United States Courthouse**
**517 East Wisconsin Avenue**
**Milwaukee, WI 53202**

*[signature]*

Submitted Respectfully by

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

Crystal@CrystalCox.com